IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SALVADOR DEL CID LARA,

      Appellant,

v.

NOEL'S PAINTING and
AMERISURE MUTUAL,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4918

_____/

Opinion filed September 1, 2017.

An appeal from an order of Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: August 18, 2015.

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Daniel R. Goodman of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Fort Myers, for Appellees.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.